LAW OFFICES

# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138
www.paulpetruzzi.com

Paul D. Petruzzi, Esq.
E-mail: petruzzi-law@msn.com

Beatriz D. Vazquez, Esq.
E-mail: bvlaw@outlook.com

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832

April 25, 2019

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

     Re:    *United States v. Robert Farkas,*
              Case No. 18-CR-0340

Your Honor,

I represent the above-captioned defendant, Robert Farkas. Mr. Farkas is respectfully requesting this Honorable Court enter an order authorizing him to travel to New Jersey, to attend his cousin's wedding from Tuesday, May 2, 2019, to Sunday, May 5, 2019. Mr. Farkas will be flying on American airlines to Philadelphia and then driving to New Jersey.

Mr. Farkas has been on bond and has complied with all the bond conditions. Mr. Farkas' cousin resides and is getting married in New Jersey. Accordingly, Mr. Farkas is respectfully requesting to be in New Jersey to attend his cousin's wedding. Mr. Farkas' travel itinerary has been provided to USPO Juan Nunez.

Assistant United States Attorney Negar Tekeei and United States Probation Officer Juan Nunez do not oppose the instant request.

1

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

Paul D. Petruzzi, Esq.

cc:   AUSA Negar Tekeei (by email)