UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES,

-against-

SOHRAB SHARMA, et al.,
                                Defendants.
------------------------------------------------------------X

18 Cr. 340 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties completed briefing, under seal, of the Government's motion to compel on March 12, 2020;

    WHEREAS, on March 12, 2020, Defendant Farkas filed under seal a letter motion seeking to file a sur-reply in support of his opposition to the Government's motion to compel;

    WHEREAS, on March 26, 2020, the Government filed under seal a letter regarding certain claims made in Defendant Farkas's proposed sur-reply and Defendant Sharma's reply;

    WHEREAS, on March 30, 2020, Defendants filed a letter motion to strike the Government's March 26, 2020 letter as an improper sur-reply and sur-sur-reply. It is hereby

    ORDERED that Defendant Farkas's request to file a sur-reply is GRANTED. It is further

    ORDERED that Defendants' request to strike the Government's March 26, 2020, letter is GRANTED. It is further

    ORDERED that the briefing is deemed complete and the parties shall file nothing further on this matter.

Dated: March 31, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**