**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

June 9, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

       Re: United States v. Robert Farkas
          18 Cr. 340 (LGS)

Dear Judge Schofield:

  Defendant Robert Farkas ("Farkas") and the government have agreed on a disposition of this matter. For this reason, the parties respectfully request that a change of plea hearing be scheduled for next week on a day and time that is convenient to the Court. Defendant will consent to appear at the hearing by video. Upon the Court's acceptance of Farkas' entered plea, he will move to withdraw all of his pending pretrial motions.

  Thank you for Your Honor's consideration of this request.

            Very truly yours,

            *Sanford Talkin*
            Sanford Talkin

cc: All Counsel by ECF Application Granted. The change of plea hearing is hereby referred to the Magistrate Judge on duty. The parties shall promptly schedule a plea date and email the executed plea agreement or Pimentel letter to Chambers. The Clerk of the Court is directed to terminate the letter motion at docket number 341.

Dated: June 9, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE