UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
UNITED STATES OF AMERICA         :
                                 :      **ORDER**
        - v. -                   :
                                 :      S2 18 Cr. 340 (LGS)
ROBERT JOSEPH FARKAS,            :
                                 :
        Defendant.               :
                                 :
------------------------------- x

WHEREAS, with defendant Robert Joseph Farkas' consent, his guilty plea allocution was made before a United States Magistrate Judge on June 16, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that defendant Farkas entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that defendant Farkas' guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         June __16_, 2020

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE