LAW OFFICES

# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138
www.paulpetruzzi.com

Paul D. Petruzzi, Esq.
E-mail: petruzzi-law@msn.com

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832

Beatriz D. Vazquez, Esq.
E-mail: bvlaw@outlook.com

June 15, 2020

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

> Application Granted. Defendant Farkas' conditions of release are hereby modified to remove the condition of electronic monitoring. All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 346.
>
> Dated: June 17, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Robert Farkas,*
      Case No. 18-CR-0340

Your Honor,

   I represent the above-captioned defendant, Robert Farkas. Mr. Farkas is respectfully requesting that this Honorable Court enter an order modifying the conditions of his pre-trial release by deleting electronic monitoring. Mr. Farkas is neither a flight risk nor a danger to the community. Mr. Farkas has been on bond and has complied with all the bond conditions for over two years.

   Accordingly, Mr. Farkas is respectfully requesting to modify the conditions of his pre-trial release by deleting electronic monitoring.

   **Assistant United States Attorneys Samson Enzer, Negar Tekeei and Pre-Trial Services Officer Juan Nunez do not oppose this instant request.**

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

Paul D. Petruzzi, Esq.

cc:     All government counsel