UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                      Plaintiff,            :
                                                            :          18 Cr. 340-03 (LGS)
                 -against-                                  :
                                                            :          SCHEDULING ORDER
ROBERT FARKAS,                                              :
                                      Defendant,            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Robert Farkas' sentencing hearing shall be held

on **October 22, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York 10007.   Defendant's pre-sentencing submission, if any,

shall be filed on or before **September 28, 2020**.  The Government's pre-sentencing submission, if

any, shall be filed by **October 1, 2020.**


Dated: June 17, 2020
       New York, New York

                                             LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE