**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**

ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

July 23, 2020

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. Sohrab Sharma et al.
      18 Cr. 340 (LGS)

Dear Judge Schofield:

Defendants Robert Farkas ("Farkas") has been at liberty on a five million dollar bond that includes numerous conditions of release. One of these conditions is that he refrain from contact with co-defendant Sohrab Sharma ("Sharma") outside the presence of counsel. As the Court is aware, both Sharma and Farkas have recently entered pleas of guilty. Farkas has been compliant with his pretrial supervision since his release from custody in April of 2018. By this letter, Farkas respectfully requests that the Court modify his bond by eliminating the condition that he not have contact with Sharma except in the presence of counsel. Farkas' long standing compliance with his release conditions and the change in circumstances created by both defendants entering a plea of guilty warrant this amendment of his bond. Additionally, the government, by Assistant United States Attorney Samson Enzer and Pretrial Services, by United States Pretrial Officer Juan Nunez, consent to this application.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   All Counsel (by ECF)
      USPTO Juan Nunez (by email)

Application Granted. Defendant Farkas' condition of bail are modified as set forth above. The Clerk of the court is directed to terminate the letter motion at docket number 372.

Dated: July 27, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE