LAW OFFICES

# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BOULEVARD
MIAMI, FLORIDA 33138

PAUL D. PETRUZZI
BEATRIZ D. VAZQUEZ
E-mail: petruzzi-law@msn.com

TELEPHONE (305) 373 - 6773

TELECOPIER (305) 373 - 3832

August 24, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

**VIA E-MAIL:  Schofield_NYSDChambers@nysd.uscourts.gov**

Re:     *United States v. Robert Farkas*,
        Case No. 18-CR-340 (LGS)

Your Honor,

    The Defendant, Robert Farkas, through undersigned counsel, and without the opposition of the Government, respectfully requests that this Honorable Court grant him a 10-day extension of time to file objections to the Presentence Investigation Report (hereinafter "PSR").  Objections to Mr. Farkas's PSR are due on August 24, 2020. Mr. Farkas's sentencing is currently scheduled for September 22, 2020.

    Additional time is necessary to communicate with Mr. Farkas and otherwise prepare the objections.  Given the potential objections, undersigned counsel believes a 10-day enlargement of time to file Mr. Farkas's objections to the PSR is sufficient.  Undersigned is therefore requesting until Thursday, September 3, 2020, to file Mr. Farkas's objections to the PSR.  The Government does not object to the instant request.  Should Your Honor have any issues or concerns, please do not hesitate to contact us.

                                        Sincerely,

                                        Paul D. Petruzzi, Esq.
                                        Counsel for Robert Farkas

cc      all counsel of record