**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**

ATTORNEYS AT LAW
**40 EXCHANGE PLACE**
**18TH FLOOR**
**NEW YORK, NEW YORK 10005**

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

September 22, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. Sohrab Sharma
      18 Cr. 340 (LGS)

Dear Judge Schofield:

Defendant Robert Farkas's ("Farkas") Sentencing Memorandum is due September 28, 2020. Defendant is currently preparing his sentencing submission and gathering important documents for inclusion in that document. However, for reasons beyond Farkas' control, this process has taken longer than expected. As a result, Farkas respectfully requests an extension of his filing deadline to October 8, 2020 to allow time to collect the relevant documents. The government, by Assistant United States Attorney Negar Tekeei, consents to this application and respectfully requests that its sentencing submission filing date be extended to October 15, 2020 should Farkas' motion be granted.

The parties are not requesting an adjournment of the sentencing hearing. For the Court's information, the parties do not anticipate any litigation regarding Guidelines issues and their submissions will chiefly address the sentencing factors set in 18 U.S.C § 3553(a).

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   All Counsel (by ECF)

---

**Application Granted in part.** Defendant Farkas' sentencing submission shall be filed on or before October 6, 2020. The Government's submission shall be filed by October 13, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 383.

Dated: September 25, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**