**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**

ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

October 1, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

           Re:    United States v. Sohrab Sharma
                   18 Cr. 340 (LGS)

Dear Judge Schofield:

       Defendant Robert Farkas's ("Farkas") sentencing hearing is scheduled for October 22, 2020. As Farkas, his supporters, and his Miami-based counsel prepared for travel to New York from Florida for the October 22 sentencing, it became apparent that they will all be required to quarantine for 14 days prior to entering the Courthouse. This requirement, albeit well founded, causes tremendous logistical problems for Farkas, his supporters, and his Miami-based counsel. For this reason, Farkas writes to respectfully request, with the consent of the Government, that the Court adjourn his sentencing to November 19, 2020, as waiting this period of time may eliminate the need for quarantine. Should it become apparent that the quarantine requirement will remain in effect for the immediate future, Farkas will strongly consider appearing remotely so that his case can be resolved and his family and supporters will not be inconvenienced. The government does not have a current position as to a remote proceeding and reserves the right to address that issue should it arise.

       In the event that this application is granted by the Court, the parties respectfully request that the defense submission date be extended to October 15, 2020 and the government submission to October 29, 2020. Thank you for Your Honor's consideration of these requests.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:    All Counsel (by ECF)