

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2020

**BY ECF AND EMAIL**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States* v. *Robert J. Farkas*, S2 18 Cr. 340 (LGS)

Dear Judge Schofield:

    As the Court is aware, Centra Tech, Inc. co-founder Robert J. Farkas recently pleaded guilty pursuant to a plea agreement with the Government to securities and wire fraud conspiracy charges stemming from his role in defrauding Centra Tech investors, and he is scheduled to be sentenced by the Court on December 15, 2020. In anticipation of defendant Farkas' sentencing, the Government and defendant Farkas through his counsel have conferred about defendant Farkas' criminal forfeiture obligations in this case and are in agreement that defendant Farkas personally obtained a total of approximately $347,062.58 in fraud proceeds and a gift (specifically, a Rolex watch) that was purchased for him with fraud proceeds derived from those offenses and thus must forfeit such fraud proceeds to the Government. Accordingly, the Government respectfully requests, with the consent of defendant Farkas and his counsel, that the Court so order and docket the enclosed Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (which has been approved and signed by the parties) directing the entry of a money judgment in the Government's favor against defendant Farkas in the amount of $347,062.58 and requiring him to forfeit the Rolex to the Government.

                                      Respectfully submitted,

                                      ILAN T. GRAFF
                                      Attorney for the United States
                                      Acting Under 28 U.S.C. § 515

          by:     /s/
                    Samson Enzer / Negar Tekeei / Daniel Loss
                    Assistant United States Attorneys
                    (212) 637-2342 / -2482 / -6527

cc: Counsel of Record (via ECF)