# Exhibit D
# Medical Records
# Filed Entirely Under Seal