UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                         Plaintiff,         :
                                                            :          18 Cr. 340-03 (LGS)
                          -against-                         :
                                                            :              ORDER
ROBERT FARKAS,                                              :
                                         Defendant,         :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS Defendant submitted his sentencing memorandum and supporting materials

in redacted form on ECF and provided unredacted, highlighted versions of those documents via

*ex parte* submission.

        WHEREAS the Court has reviewed the redacted information and finds the redactions

comply with the Individual Rules.  It is hereby

        **ORDERED** that by **October 23, 2020**, Defendant shall file versions of the documents in

unredacted, highlighted form under seal.

Dated: October 21, 2020
        New York, New York

                                        LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE