LAW OFFICES

# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138
www.paulpetruzzi.com

Paul D. Petruzzi, Esq.  
Beatriz D. Vazquez, Esq.

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832

November 12, 2020

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Application Granted provided that Defendant Farkas complies with the State of New York's quarantine policies. The Clerk of the Court is directed to terminate the letter motion at docket number 414.

Dated: November 12, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Robert Farkas,*
      Case No. 18-CR-0340

Your Honor,

    I represent the above-captioned defendant, Robert Farkas. Mr. Farkas is respectfully requesting this Honorable Court enter an order authorizing him to travel to New York, for a doctor's appointment for evaluation and treatment with Dr. Raphael Kellman, M.D. from November 16, 2020, to November 20, 2020. Mr. Farkas is currently COVID-19 negative and will test at least 3 days prior to arrival in New York and on day 4 prior to departure, per New York's revised rules.[1]

    Mr. Farkas has been on bond and has complied with all the bond conditions. Dr. Kellman's offices are located in New York, NY. Accordingly, Mr. Farkas is respectfully requesting permission to attend his doctor's appointment.

---

[1] New York's 14-day quarantine requirement only applies if Mr. Farkas fails to test at least 3 days prior to departure and on day 4 after arrival.

1

      United States Probation Officer Juan Nunez and Assistant United States Attorneys Samson Enzer and Negar Tekeei do not oppose the instant request.

      If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

Paul D. Petruzzi, Esq.

cc:    All government counsel