UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                  :

            Plaintiff,                  :          CASE NO. 18 Cr. 340 (LGS)

                      :

v.                                                             :

ROBERT FARKAS,                                     :

            Defendant.                  :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

## NOTICE OF FILING

PLEASE TAKE NOTICE that enclosed for filing is the following:

1.  Exhibit A: letter by Doctor Raphael Kellman;

2.  Exhibit B: Doctor Raphael Kellman's Curriculum Vitae.

Undersigned may rely on these exhibits during Mr. Farkas' sentencing.

                                Respectfully submitted,

                                **Paul D. Petruzzi, Esq.**
                                **Law Offices of Paul D. Petruzzi, P.A.**
                                8101 Biscayne Blvd
                                Penthouse 701
                                Miami, FL 33138
                                Telephone: (305) 373-6773
                                Facsimile:   (305) 373-3832
                                E-mail: petruzzi-law@msn.com

                    By:     <u>s/ Paul Petruzzi</u>
                                **PAUL D. PETRUZZI, ESQ.**
                                Florida Bar No. 982059

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 4, 2020, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

                    By:     <u>s/ Paul Petruzzi</u>
                                  **PAUL D. PETRUZZI, ESQ.**
                                Attorney for Defendant Farkas

# EXHIBIT A



**kellman center**
for Integrative and Functional Medicine



Sincerely,

Dr. Raphael Kellman, M.D.

# EXHIBIT B

Raphael Kellman M.D. ("The Microbiome Doctor") is a pioneer in functional medicine who has a holistic and visionary approach to healing. Through his ground-breaking philosophy on Microbiome Medicine (or, as he aptly puts it, "Heal your gut, heal your body."), Dr. Kellman has revolutionized the treatment of chronic and hard-to-treat conditions. He has written numerous books on the subject, and speaks frequently at international medical summits and health shows. Dr. Kellman is widely respected as a groundbreaking force in Alternative Medicine and the Microbiome Movement.

Dr. Kellman's philosophy is on the forefront of a new era in medicine well beyond the functional and holistic medicine practiced today. Dr. Kellman's unique approach to illness doesn't ignore traditional and holistic medicine, but uses that as a starting point to dig much deeper into the entire system. Comprehensive pathways offer an unprecedented opportunity for the deepest level of healing.

Dr. Kellman has treated tens of thousands of patients from all over the world, many of whom have come to him after suffering for years, or are frustrated by traditional medical treatments. Dr. Kellman is driven by his desire to alleviate suffering and to help people regain health based on a new vision and understanding of healing and the causes of disease.

Trained in internal medicine, Dr. Kellman uses the latest drugs and technology to treat specific diseases with a patient-centered and holistic approach. He focuses on the complex interaction of systems--not just the disease but on you as a whole person-- much greater than the sum of your parts. He never treats the only the symptoms of an ailment; he digs much, much deeper to find the reason why an individual has the illness in the first place. He treats that deficiency, which results in true healing at the deepest level, not just alleviation of symptoms.

Dr. Kellman's treatments are informed by his background in the philosophy of science, and administered with compassion and kindness. Drawing on the latest research, he addresses your biochemistry, metabolism, hormones, genetics, environment, emotions, and life circumstances to help you achieve optimal health.

EDUCATION:
Yeshiva University, BS
Albert Einstein College of Medicine, College of Philosophy and Science of Philosophy
Internships: Beth Israel Hospital, Lenox Hill Hospital

BOOKS:
- *The Whole Brain: The Microbiome Solution to Heal Depression, Anxiety, and Mental Fog without Prescription Drugs*
- *The Microbiome Diet: The Scientifically Proven Way to Restore Your Gut Health and Achieve Permanent Weight Loss*
- *Matrix Healing: Discover Your Greatest Health Potential Through the Power of Kabbalah*
- *Gut Reactions: A Radical New 4-Step Program for Treating Chronic Stomach Distress and Unlocking the Secret to Total Body Wellness*
- *Microbiome Medicine: How Bacteria Can Cure Us* (e-book)
- *Vibrant Thyroid, Vibrant Health: What You Need to Know to Finally Detect and Properly Treat Your Thyroid Problem* (e-book)

(Dr. Kellman's books have been praised by Deepak Chopra, Dr. Christiane Northrup, Dr. Mark Hyman, Dr. Joseph Mercola,Izabella Wentz, PharmD, Donna Gates, M.Ed, Dave Asprey, Founder and CEO, Bulletproof, Dr. Terry Wahls, Dr. David Perlmutter, and other notable medical professionals.)


SUMMITS:
Microbiome Medicine Summit I
Microbiome Medicine Summit II
Arthritis Summit
Immune Defense Summit
Thyroid Connection Summit
Healthy Gut Summit
Autism Summit


RADIO:
Weekly Radio Call-in Show: Holistic Medicine
WSNR-AM NY

LECTURES:
Frequent Lecturer: 92nd Street Y
New York City Human Ecology Action League
The Mind / Body Center, Jerusalem, Israel
Center For Ethics and Healing, Washington DC
Jewish Community Center of NYC
Carlebach Synagogue (in a network which reaches tens of thousands)
New York Life Expo
Holistic Health Expo, Richmond, VA
Several Medical Schools / Guest Lecturer
"Day of Kabbalah" Program Leader
Summit For Ethics and Meaning

## PRESS:
(Note: This is a partial list. Dr. Kellman has been interviewed for hundreds of articles.)

Fox News: *How Coronavirus Puts Lyme Disease Patients at Risk*, May 2020
Real Simple: *The Many Pros of Probiotics and How The Affect Your Health*, February 2020
Hypothyroid Mom: Dysbiosis and Thyroid Dysfunction. *All Roads Lead To The Microbiome*, February, 2019
Women's World (Cover Story): *Better Than Gastric Bypass: How a Prebiotic-Rich Diet Helped This Woman Lose 180 Pounds*, September 2018
Weight Watchers: *Heal Your Microbiome, Heal Your Mind* (May 2018)
The Wall Street Journal: *Does Your Gut Always Steer You Right?* (October 2017)
Holistic Primary Care: *Making Clinical Sense of The Microbiome* (August 2017)
RT America: *Brace Yourselves For Lyme Disease CDC* (June 2017)
Shape: *I Trusted My Gut Over My Doctor – And It Saved Me From Lyme Disease* (June 2017)
Epoch Times: *Microbiome – The Body's Great Conductor* (April 2017)
New York Parenting Magaine: *Trust Your Gut* (April 2017)
SFGate: *Appendix May Serve Important Function, New Study Finds* (February 2107)
Natural Practitioner Magazine: *Preserving Heart Health* (January 2017)
Natural Awakenings: *Weight Loss Saboteurs-Tackling Obesity's Hidden Causes* (January 2017)
Muscle and Fitness: *Five Reasons to Boost Your Gut Health* (January 2017)
First For Women: *I Finally Have My Life Back!* (December 2016)
US News & World Report: *How Cannabis, LDN and Placebo tap Into the Unknown Pathways of Healing* (December 2016)
First For Women: *Melt Fat 2X Faster With Supergrains* (October 2016)
Women's World: *Eat This to Nourish the Gut Bacteria That are as Slimming as Gastric Bypass* (
Diabetes Daily: *How the Microbiome Can Help Type 2 Diabetes*
Delicious Living: *Gut Feeling* (October, 2016)
Huffington Post: *The Role of Supplements in Personalized Medicine* (September, 2016)
Oxygen: *Go With Your Gut* (September, 2016)
BlogHer: *Why A Low Thyroid is Something Every Woman Should be Concerned About* (September, 2016)
Alternative Medicine: *Neglecting Hypothyroidism: Is Mainstream Medicine Ready to Change?* (August, 2016)
Eating Clean Magazine: *Straight From the Gut: The Microbiome and Autoimmunity* (August 2016)
Cosmopolitan: *13 Reasons Apple Cider Vinegar is the Magic Potion You Need in Your Life* (July 2016)
Page Six: *Zoe Saldana Battling Autoimmune Disorder* (July 2016)
Oxygen: *Go With Your Gut!* (July 2016)

Life By Daily Burn: *Is It All In Your Gut? The Sleep-Gut Connection* (June 2016)
Huffington Post: *Low Thyroid? Low Function, Hypothyroidism and Type 2 Diabetes* (May 2016)
Amazing Wellness Magazine: *Do You Have The Guts?* (May 2016)
Cosmopolitan: *6 Things Your Gas is Trying to Tell You* (May 2016)
US News & World Report: *Hair Loss and Women: How to Stop and Reverse it* (April 2016)
Furthermore: *Are You Getting Prebiotics (Too)?* (April 2016)
MSN Health & Fitness: *Three Steps For a Healthier Gut* (April 2016)
Mind Body Green: *Sneaky Things That Are Damaging Your Microbiome* (March 2016)
Muscle & Fitness Hers: *Five Reasons to Boost Your Gut Health* (March 2016)
Natural Solutions: *6 Steps to Stop Disease: Restoring Health Through the Gut Microbiome* (February 2016)
Better Nutrition: *Building a Good Gut* (February 2016)
Mind Body Green: *What I Wish Everyone Knew About the Microbiome: A Functional MD Explains* (February 2016)
Harper's Bazaar: *The New Diets to Try Now* (February 2016)
Organic Spa Magazine: *Beat The Winter Blues With Probiotics* (January 2016)
Well & Good: *What You Need to Know About the Pink Himilayan Sea Salt Craze* (January 2016)
World Of Psychology: *Is Your Microbiome Making You Crazy?* (December 2015)
Independent Healing: *Ask the Doctor: Healing the Gut for a Stronger Brain* (November 2015
Rodale's Organic Life: *The Sneaky Carb That's Making You Bloated* (November 2015)
Vitamin Retailer: *Back Talk* (November 2015)
Natural Practitioner: *The Blood Sugar Battle* (November 2015)
Ask A New Yorker: New Yorker of The Month (June 2015)


## RADIO:
SiriusXM: Doctor Radio (November, 2017)
Voice America (November 2017)
SiriusXM: Freewheelin' (September 2017)
Radio MD (August 2016)
Radio MD (August 2016)
Health Professional Radio (July 2016)
NPR: The Hidden World of Bacteria That Lives Inside Us (April 2016)
Doctor Radio: Beat The Blues: Balancing Your Gut For a Natural Mood Boost This Winter (February 2017)
The Osgood File: Wellness Drinks For All
Radio MD: Beat The Blues: Balancing Your Gut for a Natural Mood Boost This Winter (February 2017)
CBS New York: Is Your Job Making You Fat? (January 2016)
Ask A New Yorker: New Yorker of The Month (June 2009)


## TELEVISION:
CBS Newspath: In Search of Cure For Modern Day Ill, Some Turn to Wellness Tonics (March 2017)

CBS NY: Inside Out Beauty (March 2015)