UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:18-CR-00340-LGS |
| Plaintiff, | : | **NOTICE OF CHANGE** |
| v. | | **OF FIRM NAME** |
| | : | |
| SOHRAB SHARMA, and ROBERT FARKAS, | | |
| | : | |
| Defendants. | | |

-------------------------------------------------------

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Baker Marquart LLP has changed its firm name to Waymaker LLP, effective immediately. The firm's address, telephone number and facsimile number will remain the same. The firm's email addresses have been changed from bklein@bakermarquart.com to bklein@waymakerlaw.com.

Please update your records to reflect this change.

*/s/ Brian E. Klein*
Brian E. Klein
WAYMAKER LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel: (424) 652-7800
bklein@waymakerlaw.com

1