LAW OFFICES
# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138
www.paulpetruzzi.com

PAUL D. PETRUZZI

BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832

e-mail: petruzzi-law@msn.com

February 22, 2021

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 454.*

*Dated: February 25, 2021*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:  United States v. Robert Farkas, et. al. (18 Cr. 340),**
      Robert Farkas

Dear Judge Schofield:

The Defendant, Robert Farkas, through undersigned counsel, respectfully moves this Court to modify his conditions of pre-trial release. Mr. Farkas is asking this Court to modify his bond by authorizing removal of the lien recorded on his parents' current residence and replacing it with a lien on their new residence located at 28 La Quinta Lane, Lakewood, NJ 08701.

Mr. Farkas has already been sentenced by this Court and is awaiting designation by the Federal Bureau of Prisons. He is to surrender himself on, or before, April 30, 2021.

Mr. Farkas' bond is collateralized by Robert and Cindi Farkas' home located at 39 Arnold Boulevard, Howell, NJ 07731. Mr. and Mrs. Farkas are retired and desire to sell their home. In order to sell their home, the lien on the residence securing Mr. Farkas' bond must be released.

Undersigned counsel has conferred with counsel for the government who advise that they do not oppose this request.

Accordingly, it is respectfully requested that this Court enter an Order modifying the conditions of Mr. Farkas' pre-trial release. Specifically, Mr. Farkas' requests that the collateral securing his bond be modified and the lien on the Farkas' residence located at 39 Arnold Boulevard, Howell, NJ 07731 be released and replaced by a lien on their new

1

<u>residence located at 28 La Quinta Lane, Lakewood, NJ 08701</u>

                                        Very truly yours,

                                        */s/ Paul D. Petruzzi*
Paul D. Petruzzi
Law Offices of Paul D. Petruzzi
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
Telephone: (305) 373-6773
Email: petruzzi-Law@msn.com

cc: All counsel of record