Case 1:18-cr-00340-LGS   Document 467   Filed 03/04/21   Page 1 of 2

## LAW OFFICES
## PAUL D. PETRUZZI, P.A.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.

MIAMI, FLORIDA 33138

www.paulpetruzzi.com

PAUL D. PETRUZZI  
BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773  
TELECOPIER(305) 373 - 3832  
e-mail: petruzzi-law@msn.com

March 3, 2021

**Via ECF and Email**  
The Honorable Lorna G. Schofield  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

*The application is GRANTED. Mr. Farkas's conditions of bond are modified to permit him to travel to the Middle District of Florida for purposes of visiting his sister.*

*SO ORDERED*

*Dated: March 4, 2021*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

**Re:** *United States v. Robert Farkas,*  
Case No. 18-CR-0340

Dear Judge Schofield:

    The Defendant, Robert Farkas, through undersigned counsel, is respectfully requesting that this Honorable Court modify his conditions of pre-trial release. Mr. Farkas is asking this Court to modify his bond by allowing him to travel to the Middle District of Florida to visit his sister.

    Mr. Farkas has already been sentenced by this Court. He is to surrender himself on, or before, April 30, 2021 to FCI Miami.

    Mr. Farkas was only allowed to travel to the Southern District of New York and the Southern District of Florida. Mr. Farkas' sister resides in the Middle District of Florida with her children and husband, and Mr. Farkas would like to visit her with his family before surrendering.

    Mr. Farkas has been on bond and has complied with all the bond conditions for over two years. Mr. Farkas is neither a flight risk nor a danger to the community.

    Accordingly, Mr. Farkas is respectfully requesting to modify his bond by allowing him to travel to the Middle District of Florida to visit his sister.

1

   Assistant United States Attorneys Samson Enzer and Negar Tekeei do not oppose the instant request.

   If you have any questions or concerns, please do not hesitate to contact me.

              Very truly yours,

              */s/ Paul D. Petruzzi*
              Paul D. Petruzzi
              Law Offices of Paul D. Petruzzi
              8101 Biscayne Boulevard, PH 701
              Miami, Florida 33138
              Telephone: (305) 373-6773
              Email: petruzzi-Law@msn.com

cc: All counsel of record