LAW OFFICES
# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.

MIAMI, FLORIDA 33138

www.paulpetruzzi.com

PAUL D. PETRUZZI
BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832
e-mail: petruzzi-law@msn.com

April 9, 2021

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**   *United States v. Robert Farkas,*
            Case No. 18-CR-0340

Dear Judge Schofield:

    The Defendant, Robert Farkas, through undersigned counsel, is respectfully requesting that this Honorable Court extend his surrender date currently set for April 30, 2021, to May 5, 2021.

    Mr. Farkas has already been sentenced by this Court. Mr. Farkas has been on bond and has complied with all the bond conditions for over two years. Mr. Farkas is neither a flight risk nor a danger to the community.

    Accordingly, Mr. Farkas is respectfully requesting that this Honorable Court extend his surrender date currently set for April 30, 2021, to May 5, 2021.

    Assistant United States Attorneys Samson Enzer and Negar Tekeei do not oppose the instant request.

1

If you have any questions or concerns, please do not hesitate to contact me.

                                Very truly yours,

                                */s/ Paul D. Petruzzi*
                                Paul D. Petruzzi
                                Law Offices of Paul D. Petruzzi
                                8101 Biscayne Boulevard, PH 701
                                Miami, Florida 33138
                                Telephone: (305) 373-6773
                                Email: petruzzi-Law@msn.com

cc: All counsel of record