LAW OFFICES
# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138
www.paulpetruzzi.com

PAUL D. PETRUZZI
BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832
e-mail: petruzzi-law@msn.com

April 9, 2021

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. Defendant Farkas' surrender date is hereby extended to **May 5, 2021**. No further extensions will be granted absent extraordinary circumstances. The Clerk of the Court is directed to terminate the letter motion at docket number 486.

Dated: April 13, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Robert Farkas,*
      Case No. 18-CR-0340

Dear Judge Schofield:

The Defendant, Robert Farkas, through undersigned counsel, is respectfully requesting that this Honorable Court extend his surrender date currently set for April 30, 2021, to May 5, 2021.

Mr. Farkas has already been sentenced by this Court. Mr. Farkas has been on bond and has complied with all the bond conditions for over two years. Mr. Farkas is neither a flight risk nor a danger to the community.

Accordingly, Mr. Farkas is respectfully requesting that this Honorable Court extend his surrender date currently set for April 30, 2021, to May 5, 2021.

Assistant United States Attorneys Samson Enzer and Negar Tekeei do not oppose the instant request.

1

2

If you have any questions or concerns, please do not hesitate to contact me.

>Very truly yours,
>
>*/s/ Paul D. Petruzzi*
>Paul D. Petruzzi
>Law Offices of Paul D. Petruzzi
>8101 Biscayne Boulevard, PH 701
>Miami, Florida 33138
>Telephone: (305) 373-6773
>Email: petruzzi-Law@msn.com

cc: All counsel of record