LAW OFFICES
# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.

MIAMI, FLORIDA 33138

www.paulpetruzzi.com

PAUL D. PETRUZZI
BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773
TELECOPIER(305) 373 - 3832
e-mail: petruzzi-law@msn.com

May 18, 2021

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 495.

Dated: May 20, 2021
New York, New York

**Re:** *United States v. Robert Farkas,*
Case No. 18-CR-0340

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

The Defendant, Robert Farkas, through undersigned counsel, is respectfully requesting that this Honorable Court enter an order authorizing the removal of the lien recorded on the residence located at 28 La Quinta Lane, Lakewood, NJ 08701.

Mr. Farkas' appearance bond was collateralized by his parents' home located at 28 La Quinta Lane, Lakewood, NJ 08701. As Mr. Farkas surrendered to the FCI-Miami on May 5, 2021, and he is presently incarcerated, Mr. Farkas is respectfully requesting that this Honorable Court enter an order authorizing the removal of the lien recorded to secure his bond.

Assistant United States Attorneys Samson Enzer and Negar Tekeei do not oppose the instant request.

1

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*/s/ Paul D. Petruzzi*
Paul D. Petruzzi
Law Offices of Paul D. Petruzzi
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
Telephone: (305) 373-6773
Email: petruzzi-Law@msn.com

cc: All counsel of record