LAW OFFICES

# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.

MIAMI, FLORIDA 33138

www.paulpetruzzi.com

PAUL D. PETRUZZI
BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832
e-mail: petruzzi-law@msn.com

May 18, 2021

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 496.*

*Dated: May 20, 2021*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

**Re:** *United States v. Robert Farkas,*
Case No. 18-CR-0340

Dear Judge Schofield:

The Defendant, Robert Farkas, through undersigned counsel, is respectfully requesting that this Honorable Court enter an order authorizing pre-trial services to return Mr. Farkas' passport to him, c/o the Law Offices of Paul D. Petruzzi, P.A.

Mr. Farkas has already been sentenced by this Court and he surrendered to the FCI-Miami on May 5, 2021. He is presently incarcerated.

Accordingly, Mr. Farkas is respectfully requesting that this Honorable Court enter an order authorizing pre-trial services to return Mr. Farkas' passport to the Law Offices of Paul D. Petruzzi, P.A.

Assistant United States Attorneys Samson Enzer and Negar Tekeei do not oppose the instant request.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*/s/ Paul D. Petruzzi*
Paul D. Petruzzi
Law Offices of Paul D. Petruzzi
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
Telephone: (305) 373-6773
Email: petruzzi-Law@msn.com

cc: All counsel of record