LAW OFFICES

# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138
www.paulpetruzzi.com

Paul D. Petruzzi, Esq.
E-mail: petruzzi-law@msn.com

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832

Beatriz D. Vazquez, Esq.
E-mail: bvlaw@outlook.com

May 19, 2022

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 581.

Dated: May 25, 2022
New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Re:  *United States v. Robert Farkas,*
     Case No. 18-CR-0340

Your Honor,

I represent the defendant, Robert Farkas. Mr. Farkas is respectfully requesting this Honorable Court enter an order authorizing him to travel to Greece with his significant other, from June 9, 2022, to June 20, 2022.

Assistant United States Attorney Negar Tekeei and United States Probation Officer Caitlin Hankins do not oppose the instant request.

Mr. Farkas remains compliant with all of his supervised release conditions.

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

Paul D. Petruzzi, Esq.

cc:  AUSA Negar Tekeei (by email)
     AUSA Daniel Loss (by email)