

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2022

**VIA ECF AND EMAIL**
Honorable Lorna B. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States* v. *Sohrab Sharma et al.*, 18 Cr. 340 (LGS)

Dear Judge Schofield:

     The Government respectfully requests an extension until August 19, 2022 to provide the next periodic update regarding the remission process, pursuant to the Court's June 3, 2022 and June 16, 2022 Orders. This letter was originally due on or about August 8, 2022. The undersigned has been out of the office since August 5, 2022 and regrets the failure to comply with the original deadline. The additional requested time will permit the Government to obtain the most current information from MLARS and the claims administrator to submit to the Court. In the interim, the Government has answered a number of questions posed by Claimants' counsel regarding the remission program.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                    by:  /s/
                         Daniel Loss
                         Assistant United States Attorney
                         212-637-6527

cc:  Counsel of record (by ECF)