LAW OFFICES
# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.

MIAMI, FLORIDA 33138

www.paulpetruzzi.com

PAUL D. PETRUZZI
BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832
e-mail: petruzzi-law@msn.com

April 14, 2023

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 620.

Dated: April 17, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Robert Farkas,*
      Case No. 18-CR-0340

Dear Judge Schofield:

The Defendant, Robert Farkas, through undersigned counsel, is respectfully requesting that this Honorable Court permit him to travel on a cruise with his family from Fort Lauderdale to the Bahamas from April 28, 2023, to May 1, 2023. The purpose of the family cruise is to celebrate his grandfather's birthday.

Mr. Farkas has been on supervised release and has complied with all conditions thereof since his release in January of last year.

Accordingly, Mr. Farkas is respectfully requesting that this Honorable Court permit him to travel on a cruise with his family from Fort Lauderdale to Bahamas from April 28, 2023, to May 1, 2023.

Neither the United States Probation officer assigned to Mr. Farkas nor Assistant United States Attorney Negar Tekeei oppose this request.

1

If you have any questions or concerns, please do not hesitate to contact me.

                            Very truly yours,

                            */s/ Paul D. Petruzzi*
Paul D. Petruzzi
Law Offices of Paul D. Petruzzi
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
Telephone: (305) 373-6773
Email: petruzzi-Law@msn.com

cc: All counsel of record

PACTS #:

## UNITED STATES PROBATION OFFICE
## SOUTHERN DISTRICT OF FLORIDA

### REQUEST FOR PERMISSION TO TRAVEL

Name: **Robert Farkas**

Mailing Address:



**400 sunny isles blvd, #1801
Sunny Isles Beach, Fl 3360**

### STATE BELOW EXACTLY HOW YOU CAN BE REACHED IN AN EMERGENCY

Request for permission to travel to (include town/city, county, and state):

**3 day family cruise to bahammas**

Will travel by:   Automobile [ ]   Air [ ]   Other:
**Royal Caribbean Cruise**

Will travel with the following person(s):

**Daughter, Izabela Farkas, Mother Cynthia Farkas, Father Bob Farkas grandparents**

Name, address and telephone number of person/motel/hotel where you will stay:

**Royal Caribbean Cruise out of Fort Lauderdale**

State fully your reason for requesting this permission:

**Requesting permission for family cruise celebrating my grandpas 94th birthday**

(date & time):

**April 28th - May 1st**

If traveling by air, provide airline, and flight numbers:

Departing: **April 28th**     Returning: **May 1st**

*Requests for personal travel must be submitted at least 2 weeks in advance, 6 weeks if requesting international travel, business or personal. Failure to complete this form in its entirety may result in the denial of your travel request.*

Signature:                                Date Requested:

*Robert Farkas*                           **4/12/2023**

Approved:                                 Date Approved:

U.S. Probation Officer

Rev. 9/09