LAW OFFICES

# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.

MIAMI, FLORIDA 33138

www.paulpetruzzi.com

PAUL D. PETRUZZI
BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773
TELECOPIER(305) 373 - 3832
e-mail: petruzzi-law@msn.com

April 9, 2024

**Via ECF and Email**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*The below travel application is GRANTED. The Clerk of the Court is directed to terminate the letter motion at docket number 622.*

*Dated: April 10, 2024*
*New York, New York*

**Re:** *United States v. Robert Farkas,*
Case No. 18-CR-0340

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

The Defendant, Robert Farkas, through undersigned counsel, is respectfully requesting that this Honorable Court permit him to travel on a cruise with his family from Fort Lauderdale to the Bahamas from April 12, 2024, to April 15, 2024. The purpose of the family cruise is to celebrate his grandfather's 95th birthday.

Mr. Farkas has been on supervised release and has complied with all conditions thereof since his release in January of last year.

Accordingly, Mr. Farkas is respectfully requesting that this Honorable Court permit him to travel on a cruise with his family from Fort Lauderdale to Bahamas from April 12, 2024, to April 15, 2024.

Neither the United States Probation officer Albin Calixte nor Assistant United States Attorney Negar Tekeei oppose this request.

1

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*/s/ Paul D. Petruzzi*
Paul D. Petruzzi
Law Offices of Paul D. Petruzzi
8101 Biscayne Boulevard, PH 701
Miami, Florida 33138
Telephone: (305) 373-6773
Email: petruzzi-Law@msn.com

cc: All counsel of record